1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| STEVEN OSTLER,                                           | CASE NO.: 2:21-cv-07524-SVW-MAR                                                                                                   |
|----------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------|
| Plaintiff,                                               | Assigned to Hon. Stephen V. Wilson                                                                                                |
| vs.                                                      | **ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF STEVEN OSTLER'S CLAIMS WITHOUT PREJUDICE** |
| C. R. BARD, INC., BARD PERIPHERAL VASCULAR INC.,         |                                                                                                                                   |
| Defendants.                                              |                                                                                                                                   |

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on February 17, 2022. The Parties stipulate and agree that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. (*See*, Fed. R. Civ. P. 41(a)(1)(A)(ii)). The Court **GRANTS** the Stipulation.

Accordingly, **IT IS ORDERED**:

1. The Stipulation of Dismissal of Plaintiff Steven Ostler's Claims Without Prejudice is is **GRANTED**.
2. Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

**DATED** February 18, 2022

Hon. Stephen V. Wilson
United States District Judge
Central District of California